**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**

HARSH SHARMA,

        Plaintiff,

vs.                                         Case No. 2:13-cv-73-FtM-99dnf

U.S. CORPORATION; JOHN STEELE;
SHERRI CHAPPELL; DOUGLAS
FRAZIER; AMBER
BAGINSKI;DOUGLAS MOLLOY; and
SIMOM GAGUSH,

        Defendants.

**ORDER**

This cause is before the Court on Plaintiff's "Motion for Objection to Circus Judges Orders" (Doc. 12), filed July 22, 2013. A notice (Doc. 8) was filed in this action appealing the Court's Order (Doc. 7) dismissing this action for failure to comply with the Court's February 7, 2013 Order (Doc. 6) directing him to file an amended complaint that alleges facts which support a plausible claim for relief against the Defendants. The general rule is that the filing of a notice of appeal divests the district court of jurisdiction over matters concerned in the appeal and transfers jurisdiction over those matters to the court of appeals. *See United States v. Rogers*, 788 F.2d 1472, 1475 (11th Cir. 1986). While there are exceptions to the general rule, none apply here. *See, e.g.*, *Diamond Waste, Inc. v. Monroe County, Ga.*, 869 F. Supp. 944, 946 (M.D. Ga. 1994). The filing of a notice of appeal is an event of jurisdictional significance that strips power from this Court to grant further relief to Plaintiff on the issues that are the subject of Plaintiff's appeal. *Rogers*, 788 F.2d at 1475. Because the Court construes Plaintiff's motion as

seeking relief on issues that are the subject of Plaintiff's appeal, the motion must be denied.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that Plaintiff's "Motion for Objection to Circus Judges Orders" (Doc. 12) is **DENIED WITHOUT PREJUDICE**.

**DONE AND ORDERED** at Fort Myers, Florida, on July 26, 2013.

ROY B. DALTON JR.
United States District Judge

Copies:
counsel of record
*pro se* party